The People of the State of New York, Respondent, v John Holmes, Jr., Appellant. [836 NYS2d 481]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered September 30, 2005. The judgment convicted defendant, after a nonjury trial, of rape in the first degree and criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Centra, Lunn, Fahey and Peradotto, JJ.